

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SSA
F. #2021R01087

*610 Federal Plaza*
*Central Islip, New York 11722*

April 24, 2025



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 24 2025   ★

LONG ISLAND OFFICE

<u>By E-mail</u>

The Honorable Joanna Seybert
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

   Re: United States v. Faustin Nsabumukunzi
     <u>Criminal Docket No. 25-138 (JS)</u>

Dear Judge Seybert:

   The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

           Respectfully submitted,

           JOHN J. DURHAM
           United States Attorney

      By:   /s/
           Samantha Alessi
           Assistant U.S. Attorney
           (631) 715-7894

Enclosure

cc: Clerk of Court (by ECF)
   Evan Sugar, Esq. (by ECF)