F. #2021R001087

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                                25-CR-138 (JS)

FAUSTIN NSABUMUKUNZI,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Katherine P. Onyshko from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Katherine P. Onyshko
        United States Attorney's Office (Criminal Division)
        271-A Cadman Plaza East
        Brooklyn, New York 11201
        Tel:  (718) 254-6177
        Email: Katherine.Onyshko@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Katherine P. Onyshko at the email address set forth above.

Dated:    Brooklyn, New York
           April 24, 2025

                                          Respectfully submitted,

                                          JOHN J. DURHAM
                                          United States Attorney

                              By:    /s/ Katherine P. Onyshko
                                          Katherine P. Onyshko
                                          Assistant U.S. Attorney

cc:      Clerk of the Court (JS)