UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                  25-CR-138 (JS)

FAUSTIN NSABUMUKUNZI,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Trial Attorney Brian Morgan from this point forward will be added as counsel for the United States of America in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Brian Morgan
    Trial Attorney
    Human Rights and Special Prosecutions Section
    U.S. Department of Justice, Criminal Division
    1301 New York Avenue NW
    Washington DC 20530
    Tel: (202) 305-3717
    Email: Brian.Morgan@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Brian Morgan at the email address set forth above.

Dated:   Brooklyn, New York
        April 24, 2025

                                          Respectfully submitted,

                                          MATTHEW R. GALEOTTI
                                          Head of the Criminal Division
                                          U.S. Department of Justice

                            By:    /s/ Brian Morgan
                                          Brian Morgan
                                          Trial Attorney

cc:   Clerk of the Court (JS)